# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEEBA SCOTT HARRIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OFFICER RAYMOND TONKIN and** | : | |
| **CRAIG LOWE and Et Al** | : | **NO. 21-861** |

## ORDER

**NOW,** this 16th day of May, 2022, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1) and her *pro se* complaint (Doc. No. 2), and for the reasons stated in the accompanying memorandum, it is **ORDERED** as follows:

1. The complaint is **DISMISSED WITHOUT PREJUDICE.**

2. Plaintiff's motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

3. To the extent plaintiff seeks removal of her state criminal proceedings in *Commonwealth v. Harris*, CP-52-CR-690-2019 (C.C.P. Pike Co.), it is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.